494

No. 29,924. June 18, 1958.
State's Motion for Rehearing Overruled
(Wthout Written Opinion) October 15, 1958.

*Russell F. Wolters,* Houston, for appellant.

*Dan Walton,* District Attorney, *Thomas D. White* and *Edward D. Michalek,* Assistants District Attorneys, Houston, and *Leon Douglas,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

This is a conviction for aggravated assault, with punishment assessed at one year in jail.

The charge as contained in the information was assault by an adult male upon a child. Art. 1147, Sec. 9, Vernon's P.C.

Under such allegation the burden was upon the state to prove that the alleged injured party was a child and that the appellant was an adult male.

The state failed to prove either that the injured party was a child or that the appellant was an adult male.

The evidence being insufficient to support the conviction, the judgment is reversed and the cause is remanded.